## IN THE 21ST JUDICIAL CIRCUIT COURT
## ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| ASHFAQ HUSSAIN SYED,<br>SHELLY RENEE BRANCH,<br>A.M.S., by Next Friend Ashfaq Hussain Syed, and<br>N.G.S., by Next Friend Ashfaq Hussain Syed,<br><br>        *Plaintiffs*,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>        *Defendant*. | Case No.: 19SL-CC02229<br><br>Honorable Joseph L. Walsh III |

### NOTICE TO PLAINTIFF

**TO:** *Counsel for Plaintiffs*
      W. Bevis Schock
      7777 Bonhomme Avenue, Suite 1300
      St. Louis, Missouri 63105

PLEASE TAKE NOTICE that on July 23, 2019, Defendant FRONTIER AIRLINES, INC. by its undersigned counsel filed in the above named United States District Court a Notice of Removal, of the case of Ashfaq Hussain Syed et al v. Frontier Airlines, bearing Cause No. 19SL-CC02229 in the Circuit Court of St. Louis County, Missouri. A copy of said Notice of Removal is attached hereto.

Date: July 23, 2019

                              Respectfully submitted,

                              **FRONTIER AIRLINES, INC.**

                              By: */s/ David C. Berwin*
                                  David C. Berwin Bar No. 55046
                                  Evans & Dixon, LLC

        Attorney for Defendant
        211 North Broadway Ste. 2500
        St. Louis, MO 63102
        (314) 552-4046
        F: (314) 884-4446
        dberwin@evans-dixon.com

## CERTIFICATE OF SERVICE

I certify that on July 23, 2019, I caused the foregoing to be electronically filed with the United States District Court for the Eastern District of Missouri using the CM/ECF system and further certify that I caused a true and correct copy of this document to be served on the party identified below by depositing the same in a properly addressed envelope with proper postage prepaid in the U.S. Mail and electronic mail to:

        W. Bevis Schock
        7777 Bonhomme Avenue, Suite 1300
        St. Louis, Missouri 63105
        wbschock@schocklaw.com
        **ATTORNEY FOR PLAINTIFFS**

/s/ David C. Berwin