**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, <br> SHELLY RENEE BRANCH, <br> A.M.S., by Next Friend Ashfaq Hussain Syed, <br> and <br> N.G.S., by Next Friend Ashfaq Hussain Syed, <br><br> *Plaintiffs*, <br><br> v. <br><br> FRONTIER AIRLINES, INC., <br><br> *Defendant*. | Case No.: 4:19-cv-02125-NAB |

### NOTICE OF APPEARANCE

Comes now Attorney David C. Berwin, and hereby enters his appearance on behalf of Defendant Frontier Airlines, Inc.

By: /s/ David C. Berwin
David C. Berwin, Bar No. 55046MO
**EVANS & DIXON, LLC**
Attorney for Defendant
211 North Broadway, 25th Floor
St Louis MO  63102
(314)  552-4046  Tel. No.
(314)  884-4446  Fax No.
dberwin@evans-dixon.com

*Page 1 of 2*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 30th day of July, 2019, the foregoing instrument was electronically filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

/s/  David C. Berwin