UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, *et al.*   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Case No.:   4:19-CV-02125-NAB |
| ) | |
| FRONTIER AIR LINES, INC.,   ) | |
| ) | |
| Defendant.   ) | |

**THE PARTIES STIPULATED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION
TO DEFENDANT'S PARTIAL MOTION TO DISMISS AND STRIKE**

Come now the parties by counsel, and move by stipulation for Plaintiffs to have an extension of time to Monday, September 9, 2019 to file Memorandum in Opposition to Defendant's Partial Motion to Dismiss and Strike, and for Defendants to have 14 days thereafter to file their reply, to Monday, September 23, 2019.  In support whereof the parties state:

Plaintiff filed suit in state court and Defendant removed.  On July 30, 2019 Defendant filed responsive pleadings, including Partial Motion to Dismiss and Strike, Doc. # 7.

Under E.D.Mo. L.R. 7-401(B) Plaintiff's Memorandum in Opposition is due within seven days, that is, on Tuesday, August 6, 2020, and Defendant's Reply is due seven days thereafter, on August 13, 2019.

Undersigned counsel is having a surgery on his arm this week which will prevent typing for several weeks.  All parties need additional time to prepare their pleadings.

WHEREFORE, Plaintiffs to have an extension of time to Monday, September 9, 2019 to file Memorandum in Opposition to Defendant's Partial Motion to Dismiss and Strike, and for Defendants to have 14 days thereafter to file their reply, to Monday, September 23, 2019.

Respectfully Submitted,

| | |
|---|---|
| /s/ W. Bevis Schock | /s/ David C. Berwin |
| W. Bevis Schock, Bar No. 32551 | David C. Berwin, Bar No. 55046MO |
| Attorney for Plaintiff | EVANS & DIXON, LLC |
| 7777 Bonhomme Ave. Ste. 1300 | Attorney for Defendant |
| St. Louis, MO 63105 | 211 North Broadway, 25th Floor |
| wbschock@schocklaw.com | St Louis MO  63102 |
| T: (314) 726-2322 | (314)  552-4046  Tel. No. |
| F: (314)721-1698 | (314)  884-4446  Fax No. |
| | dberwin@evans-dixon.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2019, the foregoing instrument was electronically filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

/s/  David C. Berwin