AO 458 (Rev. 06/09) Appearance of Counsel

## UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| ASHFAQ HUSSAIN SYED | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:19-cv-02125-NAB |
| FRONTIER AIRLINES, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant FRONTIER AIRLINES, INC.

Date:   08/12/2019

*Attorney's signature*

Tara Shelke (6303991IL)
*Printed name and bar number*
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500, Chicago, IL 60603

*Address*

tshelke@amm-law.com
*E-mail address*

(312) 345-0700
*Telephone number*

(312) 345-9860
*FAX number*