UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 4:19-CV-02125-NAB |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Nannette A. Baker to District Judge Audrey G. Fleissig.

August 12, 2019      *Gregory J. Linhares           /*
Date                           Clerk of Court

                         By:  /s/ Kelley Shirley           /
                              KELLEY SHIRLEY
                              Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:19-CV-02125-AGF**