AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| ASHFAQ HUSSAIN SYED, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:19-cv-02125-AGF |
| FRONTIER AIRLINES, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRONTIER AIRLINES, INC.                                                                                               .

Date: 08/13/2019

/s/ Brian T. Maye
*Attorney's signature*

Brian T. Maye (IL 6288778)
*Printed name and bar number*

20 S. Clark Street
Suite 2500
Chicago, IL 60603

*Address*

bmaye@amm-law.com
*E-mail address*

(312) 345-0700
*Telephone number*

(312) 345-9860
*FAX number*