UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:19-cv-02125-AGF |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER OF REMAND

This matter is before the Court on review of the file. Defendant removed this case from state court on July 23, 2019, alleging that federal subject-matter jurisdiction was proper under 28 U.S.C. §§ 1332 and 1441. On August 14, 2019, the Court held that Defendant had not plausibly pleaded that the amount in controversy exceeded the jurisdictional minimum under § 1332 and ordered Defendant to file, within seven days, a memorandum in support of its notice of removal, including citation to supporting authorities or evidence, to establish the jurisdictional amount in controversy. ECF No. 15. The Court cautioned Defendant that failure to timely and fully comply with its Order would result in remand of this case for lack of subject-matter jurisdiction. *Id.* Defendant has not complied with the Court's Order, and the time to do so has passed.

For the reasons set forth above and those stated in the Court's August 14, 2019 Order Concerning Removal (ECF No. 15), and resolving all doubts about federal jurisdiction in favor of remand, as the Court must, *see, e.g.*, *Hubbard v. Federated Mut. Ins. Co.*, 799 F.3d 1224, 1227 (8th Cir. 2015),

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court of St. Louis County, Missouri, in which it was filed.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of August, 2019.